11-19-24

Dear JUDGE

IT is my hope that you see through the Bull and help me with this matter. I went for 1172.2-SB483 re-sentencing. They should of dropped my Sales which triggered my (Third STRIKE). gave me time servered, and cut me lose from prison after 24 yrs (now). I've put my faith in the Magistrate JUDGE SYSTEM. I'm 70 yrs old with stage IV lung Cancer with a short time to live. May God Guide you in your Decision.

Thank you very much

Dennis Loy Roberson

2:24-CV-3103-EFB

FILED

NOV 22 2024

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
   DEPUTY CLERK