Name: Dennis Roy Peterson
CDCR No: P92157
Address: P.O. Box 409090
Ione, CA 95640

**FILED**

DEC 23 2024

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

CASE NUMBER: 2:24-cv-03103-EFB P

Plaintiff/Petitioner,

v.

APPLICATION TO PROCEED
IN FORMA PAUPERIS
BY A PRISONER

Defendants/Respondent.
_____/

I, Dennis R Peterson, declare that I am the plaintiff in the above-entitled proceeding; that, in support of my request to proceed without prepayment of fees under 28 U.S.C. § 1915, I declare that I am unable to pay the fees for these proceedings or give security therefor and that I am entitled to the relief sought in the complaint.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   X Yes  __ No  (If "no" DO NOT USE THIS FORM)

   State the place of your incarceration. Mule Creek State Prison

2. Are you currently employed (includes prison employment)?   __ Yes   X No

   a. If the answer is "yes" state the amount of your pay. _____

3. Have you received any money from the following sources over the last twelve months?

   a. Business, profession, or other self-employment:     __ Yes   X No
   b. Rent payments, interest or dividends:               __ Yes   X No
   c. Pensions, annuities or life insurance payments:     __ Yes   X No
   d. Disability or workers compensation payments:        __ Yes   X No
   e. Re Gifts or inheritances:                           __ Yes   X No
   f. Any other sources:                                  __ Yes   X No

If the answer to any of the above is "yes," describe by that item each source of money, state the amount received, as well as what you expect you will continue to receive (attach an additional sheet if necessary).

4. Do you have cash (includes balance of checking or savings accounts)? _X_ Yes ___No

   If "yes" state the total amount: $ 91.00

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property? ___ Yes _X_ No

   If "yes" describe the property and state its value: _____

6. Do you have any other assets? ___ Yes _X_ No

   If "yes," list the asset(s) and state the value of each asset listed: _____

7. List all persons dependent on you for support, stating your relationship to each person listed and how much you contribute to their support.
   NONE

**This form must be dated and signed below for the court to consider your application.**

I hereby authorize the agency having custody of me to provide a certified copy of my trust account statement for activity covering the last six months to the Court. Additionally, once eligibility is established, I further authorize the agency having custody of me to collect from my trust account and forward to the Clerk of the United States District Court payments in accordance with 28 U.S.C. § 1915(b)(2).

12-13-24
DATE

Dennis Roy Peterson
SIGNATURE OF APPLICANT

Applicant's CDCR Number (Mandatory for CDCR Applicants): P 92157

### CERTIFICATION BELOW IS TO BE COMPLETED BY NON-CDCR INCARCERATED PRISONERS ONLY

**CERTIFICATE**
(To be completed by the institution of incarceration)

I certify that the applicant named herein has the sum of $ 92.76 on account to his/her credit at Mule Creek State Prison (name of institution). I further certify that during the past six months the applicant's average monthly balance was $ 159.07. I further certify that during the past six months the average monthly deposits to the applicants account was $ 28.56
(Please attach a certified copy of the applicant's trust account statement showing transactions for the past six months.)

12-13-24
DATE

[signature]
SIGNATURE OF AUTHORIZED OFFICER

Date\Time: 12/13/2024 9:29:13 AM
Institution: MCSP

CDCR

Verified: _____

**Inmate Statement Report**

| Start Date: | 6/20/2024 | Revalidation Cycle: | All |
| End Date: | 12/13/2024 | Housing Unit: | All |
| Inmate/Group#: | P92157 | | |



| CDCR# | Inmate/Group Name | Institution | Unit | Cell/Bed |
|---|---|---|---|---|
| P92157 | PETERSON, DENNIS | MCSP | E 021D1 | 105004 |

**Current Available Balance:** $92.76

## Transaction List

| Transaction Date | Institution | Transaction Type | Source Doc# | Receipt#/Check# | Amount | Account Balance |
|---|---|---|---|---|---|---|
| 06/20/2024 | MCSP | BEGINNING BALANCE | | | | $193.39 |
| 06/21/2024 | MCSP | SALES | 28 | | ($13.35) | $180.04 |
| 07/03/2024 | MCSP | I/M PAY - CAL PIA | JUNE | | $46.96 | $227.00 |
| 07/03/2024 | MCSP | I/M PAY - CAL PIA | JUNE | | $7.35 | $234.35 |
| 07/03/2024 | MCSP | I/M PAY - CAL PIA | JUNE | | $3.09 | $237.44 |
| 07/05/2024 | MCSP | GROUP TRANSFER OUT | A NEW DAY | | ($10.00) | $227.44 |
| 07/11/2024 | MCSP | SALES | 92 | | ($40.00) | $187.44 |
| 07/26/2024 | MCSP | LEGAL COPY | LEGAL COPY 7.24.54 | | ($0.20) | $187.24 |
| 07/30/2024 | MCSP | LEGAL COPY | LEGAL COPY 7.29.24 | | ($7.50) | $179.74 |
| 08/05/2024 | MCSP | I/M PAY - CAL PIA | JULY | | $78.75 | $258.49 |
| 08/14/2024 | MCSP | SALES | 35 | | ($33.70) | $224.79 |
| 08/23/2024 | MCSP | SALES | 64 | | ($4.80) | $219.99 |
| 09/04/2024 | MCSP | I/M PAY - CAL PIA | AUGUST | | $35.18 | $255.17 |
| 09/05/2024 | MCSP | LEGAL MAIL | LEGALMAIL 9.3.24 | | ($9.25) | $245.92 |
| 09/12/2024 | MCSP | SALES | 10 | | ($24.25) | $221.67 |
| 10/25/2024 | MCSP | SALES | 51 | | ($108.70) | $112.97 |
| 11/01/2024 | MCSP | LEGAL COPY | LEGAL COPY 11.1.24 | | ($8.00) | $104.97 |
| 11/06/2024 | MCSP | LEGAL MAIL | LEGAL MAIL 11.4.24 | | ($4.31) | $100.66 |
| 12/02/2024 | MCSP | LEGAL COPY | LEGAL COPY 11.4.24 | | ($0.30) | $100.36 |
| 12/02/2024 | MCSP | LEGAL COPY | LEGAL COPY 11.5.24 | | ($0.60) | $99.76 |
| 12/04/2024 | MCSP | SALES | 44 | | ($6.60) | $93.16 |
| 12/06/2024 | MCSP | LEGAL COPY | LEGAL COPY 11.18.24 | | ($0.10) | $93.06 |
| 12/06/2024 | MCSP | LEGAL COPY | LEGAL COPY 11.8.24 | | ($0.20) | $92.86 |
| 12/06/2024 | MCSP | LEGAL COPY | LEGAL COPY 11.14.24 | | ($0.10) | $92.76 |

## Encumbrance List

| Encumbrance Type | Transaction Date | Amount |
|---|---|---|

**No information was found for the given criteria.**

## Obligation List

| Obligation Type | Court Case# | Original Owed Balance | Sum of Tx for Date Range for Oblg | Current Balance |
|---|---|---|---|---|

2

| Obligation Type | Court Case# | Original Owed Balance | Sum of Tx for Date Range for Oblg | Current Balance |
|---|---|---|---|---|
| **No information was found for the given criteria.** | | | | |

### Restitution List

| Restitution | Court Case# | Status | Original Owed Balance | Interest Accrued | Sum of Tx for Date Range for Oblg | Current Balance |
|---|---|---|---|---|---|---|
| RESTITUTION FINE | 6213569 | Fulfilled | $5,000.00 | $0.00 | $0.00 | $0.00 |

THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE

12-13-24

3