UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS ROY PETERSON, | No. 2:24-cv-03103-TLN-EFB |
| Petitioner, | |
| v. | **ORDER** |
| THIRD APPELLANT DISTRICT COURT, | |
| Respondent. | |

Petitioner Dennis Roy Peterson ("Petitioner") proceeds without counsel in this petition for writ of habeas corpus. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On December 19, 2025, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 10.) No party has filed objections to the findings and recommendations.[1]

///

---

[1]    Petitioner has not kept the Court informed of a current address. A party appearing without counsel must keep the Court and all parties apprised of his current address. E.D. Cal. L.R. 183(b). If mail directed to such a party is returned by the postal service, and Petitioner fails to notify the Court and opposing parties within 30 days thereafter of his current address, the Court may dismiss the action without prejudice for failure to prosecute. *Id*.

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1.  The findings and recommendations filed December 19, 2025 (ECF No. 10), are ADOPTED IN FULL; and

2.  The case is DISMISSED without prejudice for the reasons stated in the magistrate judge's November 10, 2025 Order.

IT IS SO ORDERED.

Date: March 19, 2026

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE

2